NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
29291
25-JAN-2013
09:15 AM**

NO. 29291

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


RONALD KANESHIRO, Petitioner-Appellant,
vs.
ADMINISTRATIVE DIRECTOR OF THE COURTS,
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(Ewa Division)
(HPD Traffic No. 1DAA-08-0004)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge for the court[1])

The Summary Disposition Order, filed on December 19, 2012, is hereby corrected as follows:

1. On page 2, in the first line, the word "the" should be deleted so that as corrected, the text reads: "Kaneshiro appeals from this Judgment."

2. On page 2, in the eighth line, the word "holing" should be changed to "holding" so that as corrected, the text reads: "the District Court erred in holding . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, January 25, 2013.

FOR THE COURT:

Chief Judge

---

[1] Nakamura, Chief Judge, Leonard, J., and Circuit Judge Alm, in place of Foley, Fujise, Reifurth, and Ginoza, JJ., all recused.